**DRAFT -- PRIVILEGED**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH AMERICA'S BUILDING TRADES UNIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | Case No. 1:25-cv-01070-RC <br><br> Judge Rudolph Contreras |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion to for a Preliminary Injunction. ECF No. 5.  Based on reasoning articulated in Defendants' Opposition to Plaintiffs' Motion, ECF No. 14, the Court hereby **DENIES** Plaintiffs' motion.

It is **SO ORDERED**.

DATED this __ day of _____, 2025.

_____
Hon. Rudolph Contreras
United States District Judge