**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NORTH AMERICA'S BUILDING TRADES UNIONS, et al., | Case No. 1:25-cv-01070-RC |
| Plaintiffs, | |
| v. | Judge Rudolph Contreras |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants in the above-captioned matter respectfully submit this notice to alert the Court to the recent decision by the Court of Federal Claims in *MVL USA, Inc. v. United States*, No. 24-1057, 2025 WL 1318988 (May 6, 2025), granting the Government's Motion to Dismiss. As the Court is aware, both parties relied on the Court of Federal Claims' previous decision in that case, *MVL USA, Inc. v. United States*, 174 Fed. Cl. 437, 443 (2025), in their briefing on the Motion for a Preliminary Injunction, as did the Department of Defense when composing the DoD Memo, which is challenged in this case.

In brief, the Court of Federal Claims dismissed the remainder of the case, finding the consolidated protests before it moot after the relevant agencies amended or cancelled the solicitations at issue in *MVL*. This decision does not alter the Government's positions in its opposition to the Plaintiffs' Motion for a Preliminary Injunction, but the Government thought it prudent to notify the Court of this most recent opinion.

A copy of the opinion is provided hereto.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Director
Civil Division, Federal Programs Branch

Benjamin S. Kurland
Trial Attorney (D.C. Bar Reg. No. 1617521)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 598-7755
Fax: (202) 616-8460
E-mail: ben.kurland@usdoj.gov

*Counsel for Defendants*