# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NORTH AMERICA'S BUILDING TRADES UNIONS, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 25-1070 (RC) |
| v. | : : | Re Document No.: | 5 |
| DEPARTMENT OF DEFENSE, *et al.*, | : : : | | |
| Defendants. | : | | |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for preliminary injunction (ECF No. 5) is **GRANTED**.

**SO ORDERED**.

Dated: May 16, 2025                                       RUDOLPH CONTRERAS
                                                          United States District Judge