# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **North America's Building Trades Unions, et al.,**  *Plaintiffs,*  v.  **Department of Defense, et al.,**  *Defendants.* | No. 1:25-cv-01070-RC |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs North America's Building Trades Unions and Baltimore-D.C. Metro Building and Construction Trades Council voluntarily dismiss all of their claims in this action.

    Respectfully submitted,

    <u>/s/ Jonathan D. Newman</u>
    Jonathan D. Newman (D.C. Bar No. 449141)
    Lucas R. Aubrey (D.C. Bar No. 982849)
    Jacob J. Demree (D.C. Bar No. 90012042)
    Erich H. Lange (D.C. Bar No. 90019794)
    SHERMAN DUNN, P.C.
    900 Seventh Street, N.W.
    Suite 1000
    Washington, D.C. 20001
    (202) 785-9300
    newman@shermandunn.com
    aubrey@shermandunn.com
    demree@shermandunn.com
    lange@shermandunn.com

July 7, 2025

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025, this notice was filed using the Court's CM/ECF system. All attorney participants in the case are registered CM/ECF users and will be served electronically via that system.

/s/ Jonathan D. Newman
Jonathan D. Newman (D.C. Bar No. 449141)
SHERMAN DUNN, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 785-9300
newman@shermandunn.com

July 7, 2025